# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08C2570

In the Matter of                                                    Case (08C2570)
J&J SPORTS PRODUCTIONS, INC.
                v.
Juan BANDA ind and d/b/a EL CORRAL
NIGHT CLUB, INC, d/b/a EL CORRAL NIGHTCLUB and
EL CORRAL NIGHTCLUB INC, d/b/a EL CORRAL NIGHT CLUB

FILED
JUN 0 5 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Juan BANDA, individual d/b/a EL CORRAL NIGHTCLUB, INC.
d/b/a EL CORRAL NIGHTCLUB and EL CORRAL NIGHT CLUB, INC.
d/b/a EL CORRAL NIGHT CLUB

| SIGNATURE | David D Reyes |
|---|---|
| FIRM | David Dean Reyes Attorney at Law |
| STREET ADDRESS | 3744 W. 26th Street - 2FLR Chgo IL 60623 |
| CITY/STATE/ZIP | Chicago IL 60623 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6320770 | 773-521-3303 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐