AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

J&J SPORTS PRODUCTIONS, INC.

| | |
|---|---|
| CASE NUMBER: | 08C2570 |
| V. | |
| ASSIGNED JUDGE: | JUDGE DER-YEGHIAYAN |

Juan Banda, indv. and d/b/a EL CORAL NIGHT CLUB,
INC., d/b/a EL CORRAL NIGHT CLUB and EL CORAL
NIGHT CLUB, INC., d/b/a EL CORRAL NIGHT CLUB

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

El Corral Nightclub, Inc., d/b/a El Corral Nightclub
c/o Juan Banda
~~2701 S. St. Louis~~    6310 W 26TH ST
~~Chicago, Illinois 60623~~    BERWYN ILL 60402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**May 6, 2008**

Date

08 CV 2570

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | Date |
|---|---|
| | 5/20/08 |

| NAME OF SERVER *(PRINT)* Kevin McWilliams | TITLE Investigator |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: El Coral Night Club "c/o Armando Bando
dba El Corral Nightclub
6310 W. 24th St Berwyn IL 60162

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 5/20/08
_____
Date

_____
Signature of Server

c/o Metro Service Inc. 4647 W 103rd St
Address of Server Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.