AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

CASE NUMBER: 08C2570

V.

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

Juan Banda, indv. and d/b/a EL CORAL NIGHT CLUB, INC., d/b/a EL CORRAL NIGHT CLUB and EL CORAL NIGHT CLUB, INC., d/b/a EL CORRAL NIGHT CLUB

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Juan Banda
~~2701 S. St. Louis~~ 6310 W 26TH ST
~~Chicago, Illinois 60623~~ BERWYN IL 60462

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

May 6, 2008
Date

08 CV 2570

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date 5/20/08 |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein   Juan Bando C/o Armando BANDA
Name of Person with whom the summons and complaint were left: 6230 W. 26th St. Berwyn IL 60402

☐ Return unexecuted: _____

☐ Other specify: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 5/20/08
            Date             Signature of Server

c/o Metro Service Inc.   4647 W 103rd St
Address of Server        Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.