# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

JJ Sports Productions, Inc.

        Plaintiff,

v.               Case No.: 1:08−cv−02570
                Honorable Samuel Der−Yeghiayan

Juan Banda, et al.

        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 22, 2008:

  MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 08/19/08 at 9:00 a.m. No one appeared on behalf of the Defendants on the Court's noticed status hearing. Defendants are warned that failure to appear at the next status hearing, the Court will entertain a motion for default. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.