UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

JJ Sports Productions, Inc.
                    Plaintiff,
v.                                    Case No.: 1:08−cv−02570
                                      Honorable Samuel Der−Yeghiayan
Juan Banda, et al.
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 19, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held
and continued to 10/22/08 at 9:00 a.m. Counsel appeared and reported to the Court that
the parties are attempting to resolve the instant action. Defendants' responsive pleading to
Plaintiff's complaint is stayed until further order of the Court. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.